UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 31, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC WILLIAM JOHN FRICCERO

Defendant.

Case No.  2:19-mj-00025-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ERIC WILLIAM JOHN FRICCERO

Case No. 2:19-mj-00025-KJN  Charge 21 USC § 846 and 841(a)(1) from custody for the following reasons:

    X    Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): Pretrial Service conditions as stated on the record in open court.

Issued at Sacramento, California on January 31, 2019 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman