McGREGOR W. SCOTT
United States Attorney
PAUL A. HEMESATH
GRANT B. RABENN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

APR 0 1 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ERIC FRICCERO,<br><br>　　　　　　　Defendant. | CASE NO. 2:19-CR-0060 KJM<br><br>21 U.S.C. §§ 841(a)(1), 846 – Conspiracy to Distribute Marijuana; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Marijuana; 21 U.S.C. § 853(a) – Criminal Forfeiture |

### I N F O R M A T I O N

COUNT ONE: [21 U.S.C. §§ 841(a)(1), 846 – Conspiracy To Distribute Marijuana]

　　　　The United States Attorney charges: T H A T

ERIC FRICCERO,

defendant herein, beginning at a time unknown, but no later than in or around July 2017, and continuing to on or about January 31, 2019, in the County of Colusa, State and Eastern District of California, and elsewhere, did conspire with other persons to knowingly and intentionally distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

INFORMATION                                   1

1  COUNT TWO: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Marijuana]

2  The United States Attorney charges: T H A T

3  ERIC FRICCERO,

4  defendant herein, on or about January 31, 2019, in the County of Colusa, State and Eastern District of
5  California, did knowingly and intentionally possess with intent to distribute more than 50 kilograms of
6  marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section
7  841(a)(1).

8  FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

9  1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this
10 Information, defendant ERIC FRICCERO shall forfeit to the United States pursuant to Title 21, United
11 States Code, Section 853(a), the following property:

12 a. All right, title, and interest in any and all property involved in violation of Title
13 21, United States Code, Section 841(a)(1), or conspiracy to commit such offense, for which defendant is
14 convicted, and all property traceable to such property, including the following: all real or personal
15 property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of
16 such offenses; and all property used, or intended to be used, in any manner or part to commit or to
17 facilitate the commission of the offenses.

18 b. A sum of money equal to the total amount of proceeds obtained as a result of the
19 offenses, or conspiracy to commit such offenses, for which defendant is convicted.

20 2. If any property subject to forfeiture, as a result of the offenses alleged in Counts one and
21 Two of this Information, for which defendant is convicted:

22 a. cannot be located upon the exercise of due diligence;
23 b. has been transferred or sold to, or deposited with, a third party;
24 c. has been placed beyond the jurisdiction of the Court;
25 d. has been substantially diminished in value; or
26 e. has been commingled with other property which cannot be divided without
27 difficulty;

28 it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek

INFORMATION                                    2

1 | forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

Dated: April 1, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Paul A. Hemesath
PAUL A. HEMESATH
Assistant United States Attorney

**United States v. ERIC FRICCERO**
**Penalties for Information**

### COUNT 1:

VIOLATION:        21 U.S.C. §§ 841(a)(1), 846 – Conspiracy to Distribute Marijuana

PENALTIES:       A maximum of up to 20 years in prison; or
                 Fine of up to $1,000,000; or both fine and imprisonment
                 Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 2:

VIOLATION:        21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Marijuana

PENALTIES:       A maximum of up to 20 years in prison; or
                 Fine of up to $1,000,000; or both fine and imprisonment
                 Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### FORFEITURE ALLEGATION:

VIOLATION:        21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES:       As stated in the charging document