# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| *Subject:* | **Change in Judgment and Sentencing date in:**<br>**UNITED STATES v. FRICCERO, 2:19-cr-00060-KJM** | *Date:* | **May 4, 2021** |
| *To:* | **Casey Schultz, Courtroom Deputy to the Honorable Kimberly** | *From:* | **Paul Hemesath**<br>**U.S. Attorney's Office**<br>**Eastern District of California** |

After conferring, the parties have agreed to request that the Court re-schedule the Judgment and Sentencing of Eric Friccero from to May 24, 2021, to August 2, 2021.  This additional time will allow the defense to collect additional documents for sentencing and the government to research issues relevant to its recommendation.

Please contact me at (916) 554-2932 if you have any questions.