UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>Eric William John Friccero | **Docket No. 2:19-CR-00060-KJM-1**<br>**Federal Charges**: 21:846 – Conspiracy to Distribute Marijuana; 21:841(a)(1) – Possession With Intent to Distribute Marijuana |

**COMES NOW,** Alicia A. Mirgain Pretrial Services Officer of the Court, presenting an official report upon the conduct of Eric Friccero, who was placed on bond by the Honorable Kendall J. Newman sitting in the Court at Sacramento, California, on February 1, 2019, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** You shall not commit any offense in violation of federal, state or local law while on release in this case.

**ALLEGED VIOLATION CONDUCT:** On May 9, 2021, the defendant was arrested by the Monterey County Sheriff's Department for misdemeanor violations of Section 243(E)(1) of the California Penal Code (Battery: Spouse/Ex Spouse/Date/Etc); Section 273A(B) of the California Penal Code (Child Abuse Without Great Bodily Injury); and Section 591.6 of the California Penal Code (Damage/Destroy Any Wireless Communication Device). Pretrial Services has obtained a copy of the Monterey County Sheriff's Department Incident report. According to the defendant, he was subsequently released on May 9, 2021, on a notice to appear pending his next court date in Monterey County scheduled for June 18, 2021. Pretrial Services has attempted to Contact Monterey County Officials to verify this information; however, attempts have been unsuccessful at this time.

**PRAYING THAT THE COURT WILL ORDER** a bail violation hearing be scheduled for 2:00 p.m. on May 17, 2021, before the Duty Magistrate to address the alleged violation. All parties and the defendant have been notified.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Alicia Mirgain
U.S. Pretrial Services Officer

Dated: May 14, 2021

**ORDER**

- ☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
- ☐ The Court hereby orders this ex parte motion and order be sealed.
- ☐ The Court orders a summons be issued with an appearance date of _____.
- ☒ The Court hereby orders this matter placed on this court's calendar on May 17, 2021, at 2:00 p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
- ☐ The Court orders no action be taken.
- ☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Dated: May 14, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE