## AMENDED SPECIAL CONDITIONS OF RELEASE

                                                Re:  Eric William John Friccero
                                                No.:  2:19-CR-00060-KJM-1
                                                Date:  May 17, 2021

1. **You must have no in-person contact with your wife, unless approved in advance by Pretrial Services;**

2. **You must restrict your travel to Eastern District and Norther District of California unless otherwise approved in advance by the pretrial services officer**;

3. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

4. You must report in person to the Pretrial Services Agency following today's court appearance;

5. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

6. You must cooperate in the collection of a DNA sample;

7. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

9. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer; however, you shall not be employed or gain proceeds from any business involved in the sale of marijuana, synthetic marijuana, or marijuana products;

10. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

11. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

13. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

14. You must not, or your wife on your behalf, open any bank accounts, lines of credit, or credit card accounts, unless approved in advance by pretrial services;

15. You must not use or cash out any form of crypto-currency, including Bitcoin, unless approved in advance by Pretrial Services; and

16. You must not be involved in any transaction in excess of $5,000, or instruct a third-party to do so on your behalf, unless approved in advance by Pretrial Services.