# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | **Sentencing in <u>United States v. Friccero</u>, 2:19-cr-00060-KJM** | *Date:* | **July 15, 2021** |
| *To:* | **Casey Schultz, Courtroom Deputy to the Honorable Kimberly J. Mueller** | *From:* | **Paul Hemesath, AUSA U.S. Attorney's Office Eastern District of California 501 I Street, Ste 10-100 Sacramento, California 95814 Telephone: (916) 554-2700 Fax: (916) 554-2900** |

After conferring, the parties have agreed to request that the Court re-schedule the Judgment and Sentencing of Eric Friccero from to August 2, 2021, to September 20, 2021. This additional time will allow the defense to collect additional documents for sentencing and the government to research issues relevant to its recommendation.

Please contact me at (916) 554-2932 if you have any questions.