SAMUEL D. BERNS  (CA State Bar #271348)
Law Office of Samuel D. Berns, Inc.
5701 Lonetree Blvd., Suite 123
Rocklin, CA 95765
Tel:(916) 226-1477
Fax: (530) 455-5567
sam@bernslegal.com

Attorney for ERIC FRICCERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. No. 2:19-CR-0060KJM |
| Plaintiff, | ) |
| | ) STIPULATION TO |
| | ) MODIFY TERMS OF PRETRIAL RELEASE |
| v. | ) |
| | ) |
| ERIC FRICCERO, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

STIPULATION

1. By this stipulation, the Defendant's special terms of pretrial release are modified as follows (new terms attached):

   a. Term number 2 is modified to read: You must restrict your travel to the State of California unless otherwise approved in advance by the pretrial services officer.

   b. Former term number 11 is deleted; the term reads as follows: You must submit to drug and/or alcohol testing as approved by the pretrial services

-1-

officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

IT IS SO STIPULATED.

Dated:  August 24, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Paul Hemesath
　　　　　　　　　　　　　　　　　　　　　　PAUL HEMESATH
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: August 24, 2021　　　　　　　　　　/s/ Alyssa Mirgain
　　　　　　　　　　　　　　　　　　　　　　ALYSSA MIRGAIN
　　　　　　　　　　　　　　　　　　　　　　U.S. Pretrial Services

Dated: August 24, 2021　　　　　　　　　　/s/ Samuel David Berns
　　　　　　　　　　　　　　　　　　　　　　SAMUEL DAVID BERNS
　　　　　　　　　　　　　　　　　　　　　　Attorney for ERIC FRICCERO

**FINDINGS AND ORDER**

　　　IT IS SO FOUND AND ORDERED.

Dated:  September 1, 2021

　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE