SAMUEL D. BERNS  (CA State Bar #271348)
Law Office of Samuel D. Berns, Inc.
5701 Lonetree Blvd., Suite 123
Rocklin, CA 95765
Tel:(916) 226-1477
Fax: (530) 455-5567
sam@bernslegal.com

Attorney for ERIC FRICCERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>     v.<br><br>ERIC FRICCERO,<br><br>          Defendant. | ) No. No. 2:19-CR-0060 KJM<br>)<br>) STIPULATION<br>) CONTINUING SENTENCING<br>) CONFERENCE AND EXCLUDABLE TIME;<br>) PERIODS UNDER SPEEDY TRIAL ACT;<br>) FINDINGS AND ORDER<br>)<br>) Date: November 15, 2021<br>) Time: 9:00 a.m.<br>) Court: Hon. Kimberly J. Mueller<br>) |

STIPULATION

1. By previous order, this matter was set for sentencing on November 15, 2021.

2. By this stipulation, defendant now moves to continue sentencing until November 29, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

    a. On February 4, 2020, Defendant entered a plea pursuant to a written agreement.

    b. The government does not object to the continuance, and in fact joins the

-1-

request in order to have sufficient time to meet filing deadlines.

c. The Pre-Sentence Report filed February 1, 2021, may be used and that no further Pre-Sentence Report need be filed.

d. Neither party opposes the Pre-Sentence report as currently written.

IT IS SO STIPULATED.

Dated:  November 10, 2021	Respectfully submitted,

/s/ Paul Hemesath
PAUL HEMESATH
Assistant U.S. Attorney

Dated: November 10, 2021	/s/ Samuel David Berns
SAMUEL DAVID BERNS
Attorney for ERIC FRICCERO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

DATED:  November 16, 2021.

CHIEF UNITED STATES DISTRICT JUDGE