SAMUEL D. BERNS  (CA State Bar #271348)
Law Office of Samuel D. Berns, Inc.
5701 Lonetree Blvd., Suite 123
Rocklin, CA 95765
Tel:(916) 226-1477
Fax: (530) 455-5567
sam@bernslegal.com

Attorney for ERIC FRICCERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. No. 2:19-CR-0060KJM
    Plaintiff,   )
           ) STIPULATION TO
           ) CHANGE COSIGNER
           ) UNSECURED BOND
  v.   )
           )
ERIC FRICCERO,   )
           )
           )
           )
    Defendant.   )
_____)

STIPULATION

1. By this stipulation, the cosigner on Defendant's unsecured bond may be changed from Dennis Mead to Tina Felkins; please see bond paperwork attached.

IT IS SO STIPULATED.

Dated:  December 7, 2021      Respectfully submitted,

                 /s/ Paul Hemesath
                 PAUL HEMESATH
                 Assistant U.S. Attorney

Dated: December 7, 2021        /s/ Samuel David Berns
                               SAMUEL DAVID BERNS
                               Attorney for ERIC FRICCERO

Dated: December 7, 2021        /s/ Elizabeth Gutierrez
                               ELIZABETH GUTIERREZ
                               Pretrial Services Officer

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED

Dated: December 8, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE