# Memorandum
*United States Attorney's Office*
*Eastern District of California*



| Subject: | Sentencing in <u>United States v. Friccero</u>, 2:19-cr-00060-KJM | Date: | March 2, 2022 |
|---|---|---|---|
| To: | Casey Schultz, Courtroom Deputy to the Honorable Kimberly J. Mueller | From: | Paul Hemesath, AUSA<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Fax: (916) 554-2900 |

After conferring, the parties have agreed to request that the Court re-schedule the Judgment and Sentencing of Eric Friccero from March 7, 2021, to July 18, 2022. This additional time will allow the defense to collect additional documents for sentencing and the government to research issues relevant to its recommendation.

Please contact me at (916) 554-2932 if you have any questions.