SAMUEL D. BERNS  (CA State Bar #271348)
Law Office of Samuel D. Berns, Inc.
5701 Lonetree Blvd., Suite 123
Rocklin, CA 95765
Tel:(916) 226-1477
Fax: (530) 455-5567
sam@bernslegal.com

Attorney for ERIC FRICCERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. No. 2:19-CR-0060KJM |
| Plaintiff, | ) |
| | ) STIPULATION TO |
| | ) MODIFY TERMS OF PRETRIAL RELEASE |
| v. | ) |
| ERIC FRICCERO, | ) |
| Defendant. | ) |

STIPULATION

1. By this stipulation, the Defendant's special terms of pretrial release are modified as follows (new terms attached):

    a. Term number 2 is added to read: You are approved to leave the state of California for the purposes of employment aboard the Fishing Vessel Tosca. For such purposes, you may leave the state of California no earlier than June 10, 2022, to travel to the state of Washington to board the vessel as scheduled June 12, 2022.  You must return to the state of California

-1-

immediately upon completion of your term of employment, and in any event no later than August 1, 2022. You must check in with your Pretrial Services officer prior to departure, and check in again July 10, 2022 to provide proof of continued employment.

    b. Former Terms 2-15 are renumbered 3-16.

IT IS SO STIPULATED.

Dated: March 21, 2022                     Respectfully submitted,

                                                    /s/ Paul Hemesath
                                                    PAUL HEMESATH
                                                    Assistant U.S. Attorney

Dated: March 21, 2022                     /s/ Elizabeth Gutierrez
                                                    ELIZABETH GUTIERREZ
                                                    U.S. Pretrial Services

Dated: March 21, 2022                     /s/ Samuel David Berns
                                                    SAMUEL DAVID BERNS
                                                    Attorney for ERIC FRICCERO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: March 28, 2022

                                                   KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE