PHILLIP A. TALBERT
United States Attorney
Robert C. Abendroth
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00060-KJM-1 |
|---|---|
| Plaintiff, | JOINT STIPULATION AND MOTION TO CONTINUE SENTENCING HEARING |
| v. | |
| ERIC FRICCERO, | Date: July 14, 2022 |
| Defendant. | Court: Hon. Kimberly J. Mueller |

JOINT STIPULATION AND MOTION TO CONTINUE SENTENCING HEARING

This matter is currently set for sentencing on July 18, 2022.  Through this stipulation, the government and the defendant move to continue the sentencing until November 7, 2022.  The parties agree and stipulate as follows:

1. On February 4, 2020, Defendant entered a plea pursuant to a written agreement.

2. The requested relief would allow the government and the defendant to collect materials and research issues relevant to the Court's sentencing considerations pursuant to 18 U.S.C. § 3553(a).

3. The Pre-Sentence Report filed February 1, 2021, may be used and no further Pre-Sentence Report need be filed.

4. Neither party opposes the Pre-Sentence report as currently written.

///

///

JOINT STIPULATION AND MOTION TO CONTINUE SENTENCING

1

WHEREFORE, the parties move to reset the date for sentencing in this matter from July 18, 2022 to November 7, 2022.

Dated: July 14, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Robert C. Abendroth
Robert C. Abendroth
Assistant United States Attorney

Dated: July 14, 2022

/s/ Samuel David Berns
SAMUEL DAVID BERNS
Attorney for ERIC FRICCERO