SAMUEL D. BERNS  (CA State Bar #271348)
Law Office of Samuel D. Berns, Inc.
5701 Lonetree Blvd., Suite 123
Rocklin, CA 95765
Tel:(916) 226-1477
Fax: (530) 455-5567
sam@bernslegal.com

Attorney for ERIC FRICCERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 2:19-CR-0060 KJM |
| Plaintiff, | ) | |
| | ) | STIPULATION TO |
| | ) | MODIFY TERMS OF PRETRIAL RELEASE |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC FRICCERO | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

STIPULATION

1. By this stipulation, the Defendant's special terms of pretrial release are modified as follows (new terms attached):

    a. Term number 2 is modified to read: You are approved to leave the state of California for the purposes of employment in the State of Alaska. You must return to the state of California immediately upon completion of your term of employment, and in any event no later than October 1, 2022.  You must check in with your Pretrial Services officer August 1,

2022, and September 1, 2022, and provide proof of continued employment.

IT IS SO STIPULATED.

Dated:  July 28, 2022                                    Respectfully submitted,

/s/ Veronica Alegria
VERONICA ALEGRIA
Assistant U.S. Attorney

Dated: July 28, 2022                                     /s/ Robert Abendroth
ROBERT ABENDROTH
Assistant U.S. Attorney

Dated: July 28, 2022                                     /s/ Samuel David Berns
SAMUEL DAVID BERNS
Attorney for Eric Friccero

Dated: July 28, 2022                                     /s/Elizabeth Gutierrez
ELIZABETH GUTIERREZ
United States Pretrial Services

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated:  July 28, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE