SAMUEL D. BERNS  (CA State Bar #271348)
Law Office of Samuel D. Berns, Inc.
5701 Lonetree Blvd., Suite 123
Rocklin, CA 95765
Tel:(916) 226-1477
Fax: (530) 455-5567
sam@bernslegal.com

Attorney for ERIC FRICCERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   ) | No. 2:19-cr-00060-KJM |
| Plaintiff,                      ) | |
|                                 ) | STIPULATION TO |
|                                 ) | MODIFY TERMS OF PRETRIAL RELEASE |
|                                 ) | |
| v.                              ) | |
|                                 ) | |
| ERIC FRICCERO                   ) | |
|                                 ) | |
|                                 ) | |
|                                 ) | |
| Defendants.                     ) | |
| _____) | |

STIPULATION

1. By this stipulation, the Defendant's special terms of pretrial release are modified as follows (new terms attached):

    a. Term number 2 is modified to read: You are approved to leave the state of California for the purposes of employment in the State of Alaska. You must return to the state of California immediately upon completion of your term of employment, and in any event no later than October 18, 2022.

-1-

IT IS SO STIPULATED.

Dated:  September 28, 2022              Respectfully submitted,

                                                   /s/ Veronica Alegria
                                                 VERONICA ALEGRIA
                                                 Assistant U.S. Attorney

Dated: September 28, 2022              /s/ Robert Abendroth
                                                 ROBERT ABENDROTH
                                                 Assistant U.S. Attorney

Dated: September 28, 2022              /s/ Samuel David Berns
                                                 SAMUEL DAVID BERNS
                                                 Attorney for Eric Friccero

Dated: September 28, 2022              /s/Elizabeth Gutierrez
                                                 ELIZABETH GUTIERREZ
                                                 United States Pretrial Services

**FINDINGS AND ORDER**

    IT IS SO FOUND AND ORDERED.

Dated:  September 29, 2022

                                                 DEBORAH BARNES
                                                 UNITED STATES MAGISTRATE JUDGE