SAMUEL D. BERNS  (CA State Bar #271348)
Law Office of Samuel D. Berns, Inc.
3724 Atherton Rd., Suite 200
Rocklin, CA 95765
Tel:(916) 226-1477
Fax: (530) 455-5567
sam@bernslegal.com

Attorney for ERIC FRICCERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>ERIC FRICCERO<br><br><br><br>        Defendants. | ) No. 2:19-CR-0060KJM<br>)<br>) STIPULATION TO<br>) MODIFY TERMS OF PRETRIAL RELEASE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION

1. By this stipulation, the Defendant's special terms of pretrial release are modified as follows (new terms attached):

1. Term number 2 is modified to read: You are approved to leave the state of California for the purposes of employment aboard a fishing boat operated by CJ Fisheries in the state of Alaska.  For such purposes, you may leave the state of California no earlier than May 20, 2023, to travel to the state of Alaska through the state of Washington.  You must return to the state of California immediately

upon completion of your term of employment, and in any event no later than October 14, 2023. You must check in with your Pretrial Services officer prior to departure, and immediately upon your return.

IT IS SO STIPULATED.

Dated: May 8, 2023                     Respectfully submitted,

                                                                        /s/ Veronica Alegria
                                                                        VERONICA ALEGRIA
                                                                        Assistant U.S. Attorney

Dated: May 8, 2023                     /s/ Robert Abendroth
                                                                        ROBERT ABENDROTH
                                                                        Assistant U.S. Attorney

Dated: May 8, 2023                     /s/ Samuel David Berns
                                                                        SAMUEL DAVID BERNS
                                                                        Attorney for Eric Friccero

Dated: May 8, 2023                     /s/Elizabeth Gutierrez
                                                                        ELIZABETH GUTIERREZ
                                                                        United States Pretrial Services

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated: May 8, 2023

                                                                        CAROLYN K. DELANEY
                                                                        UNITED STATES MAGISTRATE JUDGE