SAMUEL D. BERNS  (CA State Bar #271348)
Law Office of Samuel D. Berns, Inc.
3724 Atherton Rd., STE. 200
Rocklin, CA 95765
Tel:(916) 226-1477
Fax: (530) 455-5567
sam@bernslegal.com

Attorney for ERIC FRICCERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  )<br>           Plaintiff,                          )<br>                                                    )<br>                                                    )<br>                                                    )<br>     v.                                             )<br>                                                    )<br>ERIC FRICCERO                         )<br>                                                    )<br>                                                    )<br>                                                    )<br>           Defendants.                    )<br>_____) | No. 2:19-CR-0060KJM<br><br>STIPULATION TO<br>MODIFY TERMS OF PRETRIAL RELEASE |

STIPULATION

1. By this stipulation, the Defendant's special terms of pretrial release are modified to delete terms 2, 14, and 16 (new terms attached):

IT IS SO STIPULATED.

Dated:  October 10, 2023                                  Respectfully submitted,

                                                                              /s/ Veronica Alegria
                                                                              VERONICA ALEGRIA
                                                                              Assistant U.S. Attorney

-1-

Dated: October 10, 2023                /s/ Robert Abendroth
                                       ROBERT ABENDROTH
                                       Assistant U.S. Attorney


Dated: October 10, 2023                /s/ Samuel David Berns
                                       SAMUEL DAVID BERNS
                                       Attorney for Eric Friccero


Dated: October 10, 2023                /s/ Evette Perez
                                       EVETTE PEREZ
                                       United States Pretrial Services


## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 10th day of October, 2023.

_____
THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE