SAMUEL D. BERNS  (CA State Bar #271348)
Law Office of Samuel D. Berns, Inc.
5701 Lonetree Blvd., Suite 123
Rocklin, CA 95765
Tel:(916) 226-1477
Fax: (530) 455-5567
sam@bernslegal.com

Attorney for ERIC FRICCERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 2:19-CR-0060 KJM |
| Plaintiff, ) | |
| ) | STIPULATION TO |
| ) | CHANGE COSIGNER |
| ) | UNSECURED BOND |
| v. ) | |
| ) | |
| ERIC FRICCERO, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

STIPULATION

1. By this stipulation, the cosigner on Defendant's unsecured bond may be changed from Tina Felkins to Amy Gates; please see bond paperwork attached.

IT IS SO STIPULATED.

Dated:  October 18, 2023                    Respectfully submitted,

/s/ Veronica Alegria
VERONICA ALEGRIA
Assistant U.S. Attorney

-1-

-2-

| | |
|---|---|
| Dated: October 18, 2023 | /s/ Robert Abendroth<br>ROBERT ABENDROTH<br>Assistant U.S. Attorney |
| Dated: October 18, 2023 | /s/ Samuel David Berns<br>SAMUEL DAVID BERNS<br>Attorney for Eric Friccero |
| Dated: October 18, 2023 | /s/ Evette Perez<br>EVETTE PEREZ<br>United States Pretrial Services |

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 20th day of October, 2023.

_____

UNITED STATES MAGISTRATE JUDGE
JEREMY D. PETERSON